SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorney for Plaintiff,
FIDEL HERNANDEZ

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDEL HERNANDEZ,<br><br>   Plaintiff,<br><br>   vs.<br><br>SOUTHERN CALIFORNIA PIZZA COMPANY, LLC D/B/A PIZZA HUT #26160; CONSULTORIO SENTIMENTAL, LLC; and DOES 1 to 10,<br><br>   Defendants. | **Case No.: 2:20-cv-11759-ODW (JPRx)**<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

Notice is hereby given that Plaintiff Fidel Hernandez ("Plaintiff") and Defendants have settled the above-captioned matter in its entirety. Parties request that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time for completion.

DATED:  July 27, 2021                         **SO. CAL EQUAL ACCESS GROUP**

                                     /s/ Jason J. Kim
                                    JASON J. KIM
                                    Attorney for Plaintiff