UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

### CIVIL MINUTES – GENERAL

| No. | 2:20-cv-11759-ODW-(JPRx) | Date | August 30, 2021 |
|---|---|---|---|
| Title | *Fidel Hernandez v. Southern California Pizza Company, LLC et al* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings:**         **In Chambers**

On July 27, 2021, Plaintiff filed a Notice of Settlement. (ECF No. 20.) Accordingly, the Court ordered the parties to file a dismissal that complies with Federal Rule of Civil Procedure 41 by August 27, 2021. (ECF No. 21.) The Court advised the parties that "[f]ailure to timely comply with [the] order shall result in the dismissal of this action." (*Id.*) To date, the parties have failed to file a timely dismissal.

The Court has no interest in monitoring parties' compliance with the terms of a settlement agreement. Given that the parties have settled the matter, this case should be dismissed. Any failure to satisfy the terms of the parties' settlement agreement, including payment, should be enforced in a subsequent lawsuit.

The Clerk of the Court shall close this case.

                                                                              :    00

Initials of Preparer   SE